BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
ELAINE A. RYAN (6318750)
CARRIE A. LALIBERTE (*To Be Admitted Pro Hac Vice*)
2325 E. Camelback Rd. Suite 300
Phoenix, AZ 85016
eryan@bffb.com
claliberte@bffb.com
Telephone: (602) 274-1100

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
NADA DJORDJEVIC (6277380)
922 Davis St.
Evanston, IL 60201
ndjordjevic@bffb.com
Telephone: (602) 274-1100

*Attorneys for Plaintiffs*
*Additional counsel on signature page*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LORENZO COLUCCI, and VIENNA COLUCCI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET SERVICES, INC, and WHOLE FOODS MARKET PACIFIC NORTHWEST INC.,<br><br>Defendants. | Case No. 1:19-cv-08379<br><br>**STIPULATION CONCERNING AMENDMENT OF PLEADINGS, JURUSDICTIONAL DISCOVERY, AND REQUESTING ADJOURNMENT OF CERTAIN COURT DATES**<br><br>Honorable John J. Tharp Jr. |

STIPULATION

**WHEREAS**, Plaintiffs Lorenzo Colucci and Vienna Colucci ("Plaintiffs"), Illinois residents, along with a California resident plaintiff, David Berke ("California Plaintiff Berke"), initially filed Illinois consumer class action claims against Defendants herein and others in the Central District of California, on August 28, 2019 in a case styled, *Berke et al. v. Whole Foods Market, Inc. et al.,* Case No. 19-cv-07471-PSG (KSX)(the "California Action"); and

**WHEREAS**, the parties to the California Action conferred regarding issues of personal jurisdiction and the assertion of Illinois statutory claims in California; and

**WHEREAS**, as a result of the aforementioned discussion, the claims of the Plaintiffs herein were removed from the California Action and re-asserted in this Court by means of a Complaint filed on December 20, 2019 (the "Illinois Action"); and

**WHEREAS**, the complaints in the California Action and this Illinois Action both name Whole Foods Market Services, Inc. ("WFM Services") as a defendant; and

**WHEREAS**, WFM Services has objected to personal jurisdiction over it in the California Action and intends to assert a similar objection in this Illinois Action; and

**WHEREAS**, in the California Action, on February 13, 2020 the Honorable Philip S. Gutierrez of the Central District of California issued an Order after stipulation, attached hereto as Exh. A, providing for a period of jurisdictional discovery, and approving a briefing schedule on defendants' motions to dismiss that follows such jurisdictional discovery; and

**WHEREAS**, WFM Services consents to limited jurisdictional discovery in this Illinois Action as well, and Plaintiffs wish to take such discovery; and

**WHEREAS**, Plaintiffs also wish to amend their Complaint to, *inter alia*, dismiss defendant Whole Foods Market Pacific Northwest, Inc. and add other corporate entities while jurisdictional discovery is underway in both actions;

**NOW**, therefore it is STIPULATED and agreed:

1. That Plaintiffs shall file their First Amended Complaint on March 31, 2020;

2. That Plaintiffs shall serve jurisdictional discovery in this action upon defendant WFM Services on March 2, 2020, and such jurisdictional discovery shall be completed by April 9, 2020, the same date ordered for completion of such discovery in the California Action;

3. Defendants will file any motion to dismiss the First Amended Complaint by May 8, 2020;

4. Plaintiffs will file any opposition to such motions by June 12, 2020;

5. Defendants will file any reply brief by July 8, 2020;

6. With the Court's permission, the Initial Status Report, now due to be filed on February 28, 2020, shall be filed instead on July 15, 2020; and

7. With Court's permission, the Initial Status Conference, now set for March 10, 2020, shall be adjourned to July 29, 2020, or such other date as may be convenient for the Court.

Dated: February 18, 2020

                                  **BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.**

                                  *s/Elaine A. Ryan*
                                  ELAINE A. RYAN (6318750)
                                  CARRIE A. LALIBERTE (*To Be Admitted Pro Hac Vice*)

2325 E. Camelback Rd. Suite 300
Phoenix, AZ 85016
eryan@bffb.com
claliberte@bffb.com
Telephone: (602) 274-1100

BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
NADA DJORDJEVIC (6277380)
922 Davis St.
Evanston, IL 60201
ndjordjevic@bffb.com
Telephone: (602) 274-1100

BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Patricia N. Syverson (*To Be Admitted Pro Hac Vice*)
Manfred P. Muecke (*To Be Admitted Pro Hac Vice*)
600 W. Broadway, Suite 900
San Diego, California 92101
psyverson@bffb.com
mmuecke@bffb.com
Telephone: (619) 798-4593

THE PASKOWITZ LAW FIRM P.C.
Laurence D. Paskowitz (*To Be Admitted Pro Hac Vice*)
208 East 51st Street, Suite 380
New York, NY 10022
212-685-0969
lpaskowitz@pasklaw.com

ROY JACOBS & ASSOCIATES
Roy L. Jacobs (*To Be Admitted Pro Hac Vice*)
420 Lexington Avenue, Suite 2440
New York, NY 10170
212-867-1156
rjacobs@jacobsclasslaw.com

LAW OFFICES OF DAVID N. LAKE,
A Professional Corporation
David N. Lake (*To Be Admitted Pro Hac Vice*)
16130 Ventura Boulevard, Suite 650
Encino, California 91436

(818) 788-5100
david@lakelawpc.com

*Attorneys for Plaintiffs*

Dated: February 18, 2020

**BLAXTER BLACKMAN LLP**

By: */s/ James Turner Wells Blaster*
 James Turner Wells Blaxter

601 California Street
Suite 1505
San Francisco, CA 94108
(415) 500-7700

*Attorneys for Defendants*

-4-
STIPULATION

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic mail notice list.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 18th day of February 2020.

                                        *s/Elaine A. Ryan*
                                        Elaine A. Ryan