# EXHIBIT A

|  |  |
|---|---|
| 1 | |
| 2 | E-FILED 2/13/20 |
|   | Re: Mtn #35 |
| 3 | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID BERKE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHOLE FOODS MARKET CALIFORNIA, INC., WHOLE FOODS MARKET SERVICES, INC., ALLEGRO COFFEE COMPANY, and MRS. GOOCH'S NATURAL FOOD MARKETS, INC.,<br><br>Defendants. | Case No. 2:19-cv-07471 PSG (KSx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING JURISDICTIONAL DISCOVERY AND TO RESET RESPONSE SCHEDULE (L.R. 7-1)** |

Order Granting Stipulation Re Jurisdictional Discovery and Response Schedule

The Court has reviewed the Parties Stipulation Regarding Jurisdictional Discovery and to Reset Response Schedule, and good cause appearing, IT IS HEREBY ORDERED that the briefing schedule for Defendants' Motion to Dismiss shall be adjusted to permit the parties to engage in limited jurisdictional discovery. Specifically, jurisdictional discovery in will be served by February 24, 2020, and such discovery period will last for 45 days (up to and including April 9, 2020). The new briefing schedule for Defendants' Motion to Dismiss shall be as follows:

1. **May 19, 2020** – Last day for Plaintiff to file and serve its Opposition to Defendants' Motion to Dismiss;
2. **June 2, 2020** – Last Day for Defendants to file and serve their reply in support of their Motion to Dismiss; and
3. **June ~~9~~ 8, 2020** at 1:30 PM – Hearing on Defendants' Motion to Dismiss.

**IT IS SO ORDERED**

Dated: 2/13/20

_____
PHILIP S. GUTIERREZ
Hon. Philip S. Gutierrez
United States District Judge

Order Granting Stipulation Re Jurisdictional Discovery and Response Schedule