# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LORENZO COLUCCI, and VIENNA COLUCCI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET SERVICES, INC., and WHOLE FOODS MARKET PACIFIC NORTHWEST, INC.<br><br>Defendants. | Civil Action No. 1:19-cv-08379 |

## DECLARATION OF TIMOTHY HORN IN SUPPORT OF
## DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

Danny Worker
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 West Adams Street, Suite 300
Chicago, IL 60661
Tel: (312) 407-9921
Email: Dan.Worker@lewisbrisbois.com
	*and*
J.T. Wells Blaxter
(admitted *pro hac vice*)
BLAXTER | BLACKMAN LLP
601 California Street, Suite 1505
San Francisco, CA 94108
Tel: (415) 500-7700
Email: wblaxter@blaxterlaw.com
*Attorneys for Defendant*

I, TIMOTHY HORN, declare:

1. I am the Global Litigation Paralegal and am an employee of Whole Foods Market Services, Inc. ("WFM Services"). I am responsible for assisting on issues involving litigation for all Whole Foods Market entities. In this capacity, I have knowledge of the corporate structure of the Whole Foods Market family of companies, and the organization and operation of WFM Services. The facts stated in this declaration are true and correct and are based on my own personal knowledge and on my review and knowledge of business records made available to me as a paralegal at WFM Services. If called to testify, I could and would competently testify to the matters set forth below.

2. WFM Services is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in Austin, Texas. It is not qualified to do business and does not have a registered agent for service of process in Illinois.

3. WFM Services works as the administrative arm of the Whole Foods Market family of companies, providing accounting, legal and other administrative services to the various Whole Foods Market operating entities.

4. WFM Services provides these services to regional operating companies, such as Whole Foods Market Group, Inc. ("WFM Group").

5. WFM Services does not derive any revenue from goods sold or services rendered in Illinois.

6. WFM Services has no employees, office space or telephones in Illinois.

7. WFM Services has no bank accounts or other tangible personal or real property in Illinois.

8. WFM Services does not own, operate, manage or control any of the Whole Foods Market stores in Illinois (or in any other state). The Whole Foods Market stores located in Illinois are owned and operated by WFM Group. WFM Services does not own, operate, or control WFM Group's stores.

9. WFM Services does not develop, distribute or manufacture the products in Whole Foods Market's lines of private label products, which are marketed and sold under the brand marks "365 Everyday Value" and "Whole Foods Market." It also does not distribute or sell any of Whole Foods Market's private label products to Whole Foods Market stores or any other person or entity.

10. Starkey Spring Water is not a Whole Foods Market private label product. It is a product of Allegro Coffee Company ("Allegro Coffee"), which is a separate subsidiary of Whole Foods Market, Inc. ("WFM Inc."). Allegro Coffee is responsible for the development, production, distribution and marketing of Starkey Spring Water. WFM Services is not involved in and does not control decisions relating to the design, development, advertising or marketing of Starkey Spring Water. WFM Services also does not design Starkey Spring Water's labeling.

11. WFM Services is responsible for the content and design of Whole Foods Market's website. The WFM Services employees responsible for working on and maintaining the Whole Foods Market websites reside in Texas and have their offices in Austin.

12. Consumers cannot purchase Starkey Spring Water from the Whole Foods Market website. The Whole Foods Market website has a link (entitled "Order Online") that transfers consumers to Amazon's website where they can review and purchase items offered for sale by Amazon. WFM Services, however, is not involved in those sales and does not operate or manage Amazon's website.

13. WFM Services manages Whole Foods Market's national brand advertising, some statements of which appear on the Whole Foods Market website. The WFM Services' employees responsible for the brand marketing and advertising reside in Texas and have their

/ / /
/ / /
/ / /
/ / /

offices in Austin. None of WFM Services' national brand advertising mentions Starkey Spring Water.

    I declare under penalty of perjury that the above statements are true and correct. Executed this 3rd day of September 2020 in Austin, Texas.

_____
TIMOTHY HORN

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 4th day of September, 2020, a true and correct copy of the foregoing DECLARATION OF TIMOTHY HORN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT was filed electronically with the Clerk of the Court using the ECF system, which automatically sends e-mail notification of such filing to the following:

Elaine Ryan
Bonnett Fairbourn Friedman & Balint, PC
2325 E. Camelback Rd.
Suite 300
Phoenix, AZ 85016
(602) 274-1100
Email: eryan@bffb.com

Carrie Ann Laliberte
Bonnett Fairbourn Friedman & Balint PC
2325 E. Camelback Rd.
Suite 300
Phoenix, AZ 85016
(602) 274-1100
Email: claliberte@bffb.com
PRO HAC VICE
ATTORNEY TO BE NOTICED

Laurence Paskowitz
Paskowitz Law Firm, PC
67-87 Booth Street
Suite 2C
Forest Hills, NY 11375
(212) 685-0969
Email: lpaskowitz@pasklaw.com
PRO HAC VICE
ATTORNEY TO BE NOTICED

Patricia N Syverson
Bonnett Fairbourn Friedman & Balint, Pc
600 West Broadway
Suite 900
San Diego, CA 92101
619-798-4593
Email: psyverson@bffb.com
ATTORNEY TO BE NOTICED

Roy L. Jacobs

Roy Jacobs & Associates
420 Lexington Ave.
Suite 2440
New York, NY 10170
212-867-1156
Email: rljacobs@pipeline.com
PRO HAC VICE
ATTORNEY TO BE NOTICED

/s/ J.T. Wells Blaxter